# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEUROGRAFIX ('360) PATENT LITIGATION | MDL NO. 13-MD-2432-RGS |

This Document Relates to:

| | |
|---|---|
| NeuroGrafix, et al. vs. Brainlab, Inc., et al. | C.A. No. 13-cv-10758-RGS |
| NeuroGrafix, et al. vs. The University of Chicago Medical Center, et al. | C.A. No. 13-cv-10759-RGS |
| NeuroGrafix, et al. vs. The Trustees of Columbia University in the City of New York | C.A. No. 13-cv-10765-RGS |
| NeuroGrafix, et al. vs. The John Hopkins University, et al. | C.A. No. 13-cv-10772-RGS |

## <u>NOTICE OF APPEARANCE</u>

Please take notice of the appearance of David S. Godkin of the firm Birnbaum & Godkin, LLP, as local counsel for Plaintiffs NeuroGrafix, Neurography Institute Medical Associates, Inc., and Image-Based Surgicenter Corporation (collectively, "NeuroGrafix").

Respectfully submitted,

Dated:  April 17, 2013

NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION,
By their attorneys,

/s/ David S. Godkin
David S. Godkin (BBO #196530)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA  02210
(617) 307-6100
godkin@birnbaumgodkin.com

Marc A. Fenster (*Pro Hac Vice)*
Andrew D. Weiss (*Pro Hac Vice)*
Fredricka Ung *(Pro Hac Vice)*
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles CA 90025
(310) 826-7474
mfenster@raklaw.com
aweiss@raklaw.com
fung@raklaw.com

## **CERTIFICATE OF SERVICE**

I, David S. Godkin, Esq., hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as non-registered participants on April 17, 2013.

*/s/ David S. Godkin*
David S. Godkin